United States District Court
Southern District of Texas
ENTERED
FEB 25 2013
David J. Bradley, Clerk of Court

United States District Court
Southern District of Texas
FILED
FEB 25 2013
David J. Bradley, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### - BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO. B-12-1015 |
| Fausto Aurelio Cordoba-Barragan | § § | |

## ORDER

BE IT REMEMBERED on this _25_ day of _February_, 2013, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed November 30, 2012, wherein the defendant Fausto Aurelio Cordoba-Barragan waived appearance before this Court and appeared before the United States Magistrate Judge Ronald G. Morgan for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by the defendant Fausto Aurelio Cordoba-Barragan to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge is hereby adopted. The Court finds the defendant Fausto Aurelio Cordoba-Barragan guilty of the offense of alien unlawfully being present in the United States after having been convicted of a felony and deported, in violation of 8 U.S.C. §§ 1326(a) and 1326(b)(1).

SIGNED this the _25_ day of _February_, 2013.

_____
Hilda G. Tagle
Senior United States District Judge